UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>WAYNE ORVILLE MORRIS, II<br><br>            Defendant. | No. 2:15-CR-0018-JLQ<br><br>ORDER GRANTING SECOND MOTION TO MODIFY |

BEFORE THE COURT is Defendant's Second Motion to Modify Release Conditions (ECF No. 72). The Motion states that Defendant has been directed to self-surrender to the Bureau of Prisons at FCI-Terminal Island in California on November 5, 2015. Defendant requests to be removed from electronic monitoring in sufficient time to allow him time to travel to California to self-report.

**IT IS HEREBY ORDERED:**

Defendant's Second Motion (ECF No. 72) is **GRANTED**. Defendant may be released from the condition of electronic/GPS monitoring on **November 2, 2015**, prior to traveling to the designated BOP facility in California. The United States Probation Office may retrieve its monitoring equipment prior to Defendant's departure to the BOP facility. Similarly, Defendant's curfew/home detention condition is lifted as of November 2, 2015, to allow him to travel with his family to FCI-Terminal Island.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshal.

**DATED** this 23rd day of October 2015.

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1